**Electronically Filed
Supreme Court
SCWC-24-0000113
29-AUG-2025
09:00 AM
Dkt. 40 OGAC**

SCWC-24-0000113

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

SIERRA CLUB,
Petitioner and Respondent/Appellant-Appellee,

vs.

BOARD OF LAND AND NATURAL RESOURCES,
Respondent and Petitioner/Appellee-Appellee,

and

ALEXANDER AND BALDWIN, INC.
and EAST MAUI IRRIGATION COMPANY, LLC,
Respondents/Appellees-Appellants,

and

COUNTY OF MAUI,
Respondent/Appellee-Appellee.
(CAAP-24-0000113; CASE NO. 1CCV-22-0001506)

----------------------------------------------------------------
SIERRA CLUB,
Petitioner and Respondent/Appellant-Appellee,

vs.

BOARD OF LAND AND NATURAL RESOURCES,
Respondent and Petitioner/Appellee-Appellant,

and

ALEXANDER AND BALDWIN, INC.,
EAST MAUI IRRIGATION COMPANY, LLC, and COUNTY OF MAUI,
Respondents/Appellees-Appellees.
(CAAP-24-0000114; CASE NO. 1CCV-22-0001506)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J., Eddins and Devens, JJ.,
Circuit Judge Malinao, in place of Recktenwald, C.J., recused,
and Circuit Judge Kawashima, in place of Ginoza, J., recused)

Petitioner Board of Land and Natural Resources'

Application for Writ of Certiorari, filed on July 25, 2025, is

hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case. Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED: Honolulu, Hawaiʻi, August 29, 2025.

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Clarissa Y. Malinao

/s/ James S. Kawashima

2